United States Bankruptcy Court
Northern District of California

In re: 2004 LAGOON LLC                    Case No. 24-41357

                                          Chapter 11

            Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/15/2024

/s/ VI TRAN
Signature of Individual signing on behalf of debtor

MANAGER
Position or relationship to debtor

ADCO OUTDOOR ADVERTISING
465 California St #5
San Francisco, CA 94104


HSBC Mortgage Corporation
PO BOX 4215
Buffalo, NY 14240


leeds disston
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612


MR COOPER
PO BOX 60516
City Of Industry, CA 91716-0516


RONALD NGUYEN
2004 W Lagoon Rd
Pleasanton, CA 94566


ROUNDPOINT MORTGAGE SERVICING LLC
P.O. BOX 19409
CHARLOTTE, NC 28219-9409