Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | 2004 Lagoon LLC | Case No.: 24−41357 WJL 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Michael G. Kasolas is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 1/3/25

By the Court:

William J. Lafferty
United States Bankruptcy Judge