

JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

**The following constitutes the order of the Court.
Signed: January 9, 2025**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

Attorneys for
Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4, its assignees and/or successors, by and through its servicing agent Nationstar Mortgage LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

2004 Lagoon LLC,

    Debtor.

Case No. 24-41357 WJL

Chapter 7

RS No. JCW-11487

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

Date: 01/08/2025
Time: 9:30AM
Ctrm: 220
Place: 1300 Clay Street
       Oakland, CA 94612

Judge: William J. Lafferty

Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4, its assignees and/or successors, by and through its servicing agent Nationstar Mortgage LLC ("Movant") filed a Motion for Relief from the Automatic Stay [Dkt No. 47]. The Motion came on regularly for hearing by the Court on the date, time and places set forth above before the Honorable William J. Lafferty, Judge Presiding.

All appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 2004 West Lagoon Road, Pleasanton, CA 94566.

IT IS FURTHER ORDERED the fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

NONE